UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil No.: 3:18-cr-0023-GFVT-MAS |
| V. | ) | |
| | ) | |
| FRANKLIN COUNTY, KENTUCKY, et al.,, | ) | **ORDER** |
| | ) | |
| | ) | |
| Defendants. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the parties' Joint Motions to Modify Scheduling Order. [R. 44; R. 45.]  The parties request extensions of all discovery deadlines to allow adequate time for third-party defendant Southern Health Partners, Inc. to conduct additional discovery and submit expert disclosures.  [R. 44.]  Parties agree that such an extension would also necessitate a extension of time to complete fact discovery as well as a later dispositive motion deadline.  *Id.*  Although the parties initially wanted to keep the Final Pretrial Conference and Trial dates intact, counsel for SHP has informed the Court that she has a pre-existing scheduling conflict with he existing date.  [R. 45.]  therefore, the parties request that the Final Pretrial Conference and Trial be continued as well.  *Id.*  Accordingly, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** as follows:

1. The parties' Joint Motions to Modify Scheduling Order **[R. 44; R. 45]** are both **GRANTED**;

2. The discovery deadlines are **AMENDED** as follows:

    a. The deadline for Franklin County Defendants to make initial disclosures

of expert reports is **Friday, January 17, 2020**;

b.    The deadline for Third-Party Defendant SHP to make initial disclosures of expert reports is **Friday, March 6, 2020**;

c.    Supplementation of reports or information shall be made as the parties become aware that information previously disclosed is incomplete or incorrect, but not later than **Friday, March 13, 2020**;

d.    Fact discovery shall be completed no later than **Friday, March 13, 2020**;

e.    The deadline for dispositive motions is **Friday, April 3, 2020**;

f.    The Final Pretrial Conference, currently sent for June 10, 2020 is **CONTINUED** to **Tuesday, July 28, 2020** at **10:00 a.m.** in **Frankfort**, Kentucky; and

g.    The Jury Trial in this matter, currently set for June 23, 2020, is **CONTINUED** to **Monday, August 10, 2020** at **10:00 a.m.** in **Frankfort**, Kentucky, with counsel to appear at 9:30 a.m.

This the 11th day of December, 2019.

Gregory F. Van Tatenhove
United States District Judge