UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at FRANKFORT
*Electronically Filed*

| | |
|---|---|
| KELSEY LOVE )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>FRANKLIN COUNTY, KENTUCKY, )<br>*et al.* )<br>)<br>Defendants/ )<br>Third-Party Plaintiffs )<br>)<br>SOUTHERN HEALTH PARTNERS, )<br>INC. )<br>)<br>Third-Party Defendants ) | Case No. 3:18-cv-23-GFVT |

\*\*\*\*\*\*\*\*\*\*\*

**PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiff, Kelsey Love, moves the Court for summary judgment on her claim that Brandi Upton violated her Fourteenth Amendment right to medical attention for a serious medical need. Love filed contemporaneously a memorandum in support of this motion.

        Respectfully submitted,

        /s/ Aaron Bentley
        Aaron Bentley
        abentley3B@gmail.com
        Belzley, Bathurst & Bentley
        P.O. Box 278
        Prospect, Kentucky 40059
        (502) 690-6054
        *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

    I certify that, on June 29, 2020, I served the foregoing via CM/ECF, which will send all parties of record a notice of electronic filing.

        /s/ Aaron Bentley
        *Counsel for Plaintiff*