UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KELSEY LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | Civ. No: 3:18-cv-00023-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| FRANKLIN COUNTY, KENTUCKY, *et al.* | ) | **JUDGMENT** |
| | ) | |
| Defendant, | ) | |
| | ) | |
| V. | ) | |
| | | |
| SOUTHERN HEALTH PARTNERS, INC., | | |
| | | |
| Third-Party Defendant. | | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Order entered contemporaneously herewith, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, and the Court being otherwise sufficiently advised, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Judgment is **ENTERED** in favor of the Third-Party Defendant, Southern Health Partners, Inc.; and

2. This is a **FINAL** and **APPEALABLE ORDER**, there is no just cause for delay.

This the 14th day of August, 2020.

Gregory F. Van Tatenhove
United States District Judge