UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | |
|---|---|
| KELSEY LOVE,<br><br>    Plaintiff,<br><br>V.<br><br>FRANKLIN COUNTY, KENTUCKY, *et al.*,<br><br>    Defendant.<br><br>V.<br><br>SOUTHERN HEALTH PARTNERS, INC.,<br><br>    Third-Party Defendant. | )<br>)<br>)<br>)  Civil No. 3:18-cv-00023-GFVT<br>)<br>)<br>)<br>)  **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on the Court's own motion. On February 4, 2021, Parties filed a Joint Motion to Dismiss. [R. 150.] In that Motion, Parties state that "[t]his dismissal shall have no impact on any claims that Franklin County has made against Third-Party Southern Health Partners, Inc." *Id.* at 2. However, because the Court has granted summary judgment in favor of Southern [R. 142] and denied Franklin County's Motion to Vacate [R. 148], there are no pending claims remaining against Southern. To allow Parties to clarify the status of settlement, the Court **ORDERS** as follows:

1. This matter is **SET** for a telephonic status conference on **Tuesday, February 16, 2021, at the hour of 10:00 a.m.**, with Judge Van Tatenhove sitting in Lexington, Kentucky.

2. To join the teleconference, the parties are **DIRECTED** to call AT&T Teleconferencing at 1-877-336-1280 and enter Access Code 2086161 (followed by #), and, when requested, enter the Security Code 09170 (followed by #).

This the 8th day of February, 2021.

Gregory F. Van Tatenhove
United States District Judge