UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION-FRANKFORT
CIVIL MINUTES-TELEPHONE CONFERENCE

CASE NO.  3:18-cv-23-GFVT              AT: Lexington              DATE:  February 16, 2021

STYLE:  Kelsey Love v. Franklin County Kentucky., et al.

PRESENT: HON. _____, U.S. DISTRICT JUDGE
GREGORY F. VAN TATENHOVE

Counsel Present For Plaintiffs:              Aaron Joseph Bentley

Counsel Present for Defendants Franklin       Paul Christopher Harnice
County, et al:                                Sara Jackson Bishop

Counsel Present for Defendant Southern        Margaret Jane Brannon
Health Partners, Inc.

Court Reporter: Sandy Wilder                  Courtroom Deputy: Mary Jane Younce

PROCEEDINGS:  TELEPHONE CONFERENCE

        This matter was called for a telephone conference to clarify and discuss if there were any remaining claims to be addressed in this matter.  Counsel was present as noted above.  Counsel advised the Court that all claims were resolved.  The Court having heard counsel and being duly advised, hereby ORDERS that a subsequent order outlining dismissal of any remaining claims and of this action is the forthcoming.

        This the 16th day of February 2021.

cc: COR,
Initials of Deputy Clerk:  MJY
TIC: 0/07