UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| KELSEY LOVE, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 3:18-cv-00023-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| FRANKLIN COUNTY, KENTUCKY, | ) | |
| *et al.*, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |
| | ) | |
| V. | ) | |
| | ) | |

SOUTHERN HEALTH PARTNERS,
INC.,

Third-Party Defendant.

This matter is before the Court on the parties' Joint Motion to Dismiss [R. 150.] Plaintiff Kelsey Love agrees to dismiss all claims asserted in this action or which could have been asserted in this action against all Defendants. *Id*. Accordingly, and the Court being sufficiently advised, it is hereby **ORDERED** as follows:

1. Parties' Joint Motion to Dismiss [**R. 150**] is **GRANTED**. All claims in this matter by Plaintiff Kelsey Love against all Defendants are hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorneys' fees.

2. Because all claims by Franklin County against Third-Party Defendant Southern Health Partners have been dismissed by previous Order [R. 142; R. 148], no claim remains pending and this matter is therefore **STRICKEN** from the record.

3.   All remaining Motions [R. 98; R. 100; R. 104; R. 105; R. 106; R. 126] are **DENIED**

**AS MOOT**.

This the 17th day of February, 2021.

Gregory F. Van Tatenhove
United States District Judge